AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
AUG 04 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   17MJ2702
Priority Mail Express #EL 567055061 US addressed to )
"SAHra ah'MED, 11321 7th street, NE Blaine mn 55434" )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express #EL 567055061 US addressed to "SAHra ah'MED, 11321 7th street, NE Blaine mn 55434"

located in the ____Southern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the US Mails, including money paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 | Distribution of Controlled Substances, Unlawful Use of Communications Facility, Conspiracy |

The application is based on these facts:

See attached Affidavit of U.S. Postal Inspector A.Sprague

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

A. Sprague, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
Date: 8/4/17

*Judge's signature*

City and state: San Diego, California      Hon. MITCHELL D. DEMBIN, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT FOR SEARCH WARRANT

I, A. Sprague, being duly sworn hereby depose and state:

## BACKGROUND

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the United States Postal Inspection Service (USPIS), and my duties include investigating violations of the Drug Abuse Prevention and Control Act and related offenses which is the subject of this affidavit.

2. I have been employed as a Postal Inspector since January 2006. From January 2006 through April 2006, I attended the Basic Postal Inspector Academy. Starting June 30, 2015, I was assigned to the Prohibited Mailings Illegal Narcotics Team. Prior to that, I was assigned to the Mail Theft and Violent Crimes Team. I also had training with the U.S. Postal Inspection Service, which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances transactions.

3. Since 2015, I have been involved in hundreds of investigations involving the shipment of controlled substances, including marijuana, methamphetamine, cocaine, heroin, opium and pharmaceuticals, as well as drug proceeds. through the U.S. Mail and other commercial shipping companies such as Federal Express and United Parcel Service (UPS).

## PURPOSE OF AFFIDAVIT

4. This affidavit is submitted in support of an application for a search warrant
for the following **Subject Parcel**: Priority Mail Express #EL 567055061 US. It is addressed to "SAHARA AH'med, 11321 7th street, NE BlAINE, mn 55434," with

1

a return address of "Aisha AH'med, 8714 Hurlbut st, sandiego CA 92123." It was postmarked on August 2, 2017, from zip code 92123. The **Subject Parcel** weighs approximately 1 pound, 7 ounces. The **Subject Parcel** is in the custody of the USPIS in San Diego, California.

5. Based on information below, I have probable cause to believe that the **Subject Parcel** contains evidence of a crime, contraband, fruits of crime and property used in committing a crime, including violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 843(b) (unlawful use of a communication facility (including the mails) to facilitate the distribution of a controlled substance), and 846 (conspiracy to distribute a controlled substance).

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents, investigators, and Postal employees. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrant.

## PROBABLE CAUSE

7. In an effort to combat the flow of controlled substances through the overnight delivery services, the USPIS has established interdiction programs in areas throughout the United States. Some of these areas, including Southern

2

California, have been identified as known sources of controlled substances. The USPIS conducted an analysis of parcels mailed through overnight delivery services (including U. S. Postal Service Express Mail, Federal Express, and United Parcel Service) which were found to contain controlled substances or proceeds/payments of controlled substance sales. This analysis has established a series of characteristics which, when found in combination of two or more, are indicative of parcels that contain controlled substances or the proceeds/payments for controlled substances. These characteristics include:

  a. the parcel was mailed from or addressed to a narcotic source city;

  b. the parcel has a fictitious or incomplete return address;

  c. the parcel addressee name is unknown at the destination address;

  d. the parcel sender name is unknown at the return address;

  e. the parcel has handwritten address information;

  f. the parcel often has misspellings or does not follow the Postal Addressing Standards;

  g. the parcel is mailed from a commercial mail receiving agency;

  h. the parcel is addressed to a residential area;

3

  i.  the parcel is addressed from an individual to an individual;[1]

  j.  the parcel is wrapped in brown paper and/or heavily taped;

  k.  the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address; and

  l.  the parcel did not contain a telephone number for the sender and/or addressee.

8. On August 2, 2017, I came in contact with the **Subject Parcel**. I examined the exterior of the **Subject Parcel** and became suspicious of it for the following reasons:

  a. The size, shape and appearance of the **Subject Parcel** were consistent with parcels previously identified in other investigations that contained narcotics or drug proceeds.

  b. The **Subject Parcel** is a Priority Mail Express box.

  c. The **Subject Parcel** label was handwritten, contained spelling errors, and did not follow the Postal Addressing Standards. For example, rather than spelling the destination city conventionally (for example, "Blaine, MN" or "BLAINE, MN"), the package was addressed to "BlAINE, mn." Also, "NE" (abbreviation for

---

[1] In the cases when overnight delivery parcels containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company.

4

    northeast) should describe the destination street (7th Street), and not the destination city (Blaine).

  d. The **Subject Parcel** did not contain a phone number for the addressee.

  e. I recognized the sender information from an ongoing investigation linked to the distribution of khat (see paras. 11-13).

9. A preliminary investigative search of law enforcement and USPS databases for the sender address "Aisha Ah'Med, 8714 Hurlbut St., San Diego, CA 92127," does not show "Aisha Ah'Med" to be associated with that address.

10. A preliminary investigative search of law enforcement and USPS databases for the recipient address of "Sahara Ah'Med, 11321 7th St. NE, Blaine, MN 55434" does not show "Saraha Ah'Med" to be associated with that address.

11. During the investigation, I located twenty-seven Priority Mail Express and/or Priority Mail 2-day parcels being sent from the Minneapolis area (55401, 55406, 55407, 55408, & 55408) to 8714 Hurlbut St., San Diego, CA 92123. Using US Postal Service records, I attempted to locate images of these mailing labels. Of the twenty-seven parcels, I located partial images for the following packages showing the following information:

5

- Priority Mail Express #EL 811569072 US, was sent to (Illegible) Fashion, (illegible) urbutt st, (illegible) go CA with phone number #612-471-5338, from (illegible) ul Design, Pillsbury Ave s #A29, (illegible) MN 55408 with phone number #612-352-0316.

- Priority Mail Express #EK 653207754 US, was sent to (illegible) Asttion, (illegible) butt st, (illegible) CA 92123, with phone number #612-471-5338, from (illegible) l Design, (illegible) llsbury Ave (illegible), (illegible) MN 55408, with phone number #612-352-0316.

- Priority Mail #9505 5124 8793 7150 1081 70, was sent to Aisha Ah'Med, 8214 Hurbult St., Sandiego, CA 92123, from Isaak MOHAMUD, 3032 Pillsbury Ave. #305, MPLS, MN 55408.

- Priority Mail Express #EK 653207476 US, was sent to KOMAD FASHION, 8714 Hurbult st, San diego, CA 92123 with phone number #619-309-5782, from (illegible) 5340.

- Priority Mail Express #EL 779769159 US, was sent to D FASHION, 9714 Hurlbutt st., Sandiego, CA 92123 with phone number #619-471-5328, from Bul Bul Designs, 2944 Pullsbury AVE S (illegible), MNPls, MN 55408, with phone number #612-(illegible).

- Priority Mail Express #EG 058843813 US, was sent to KOMAD FASHION, 8714 Hurbult st., sandiego, CA 92123, with phone

6

number #619-471-5330, from BulBul designing, 2944 PILLsbury AVE #A25, MnPls, MN 55408, with phone number #612-352-0316.

- Priority Mail #9505 5139 6563 7160 1039 28, was sent to Aishe Ahmed, 8714 Hurlbitt St, Sandiego, CA 92123, from Abdisaak MOHAMUD, 3032 Pillsbury AVE #305, MnPls, MN 53408.

12. Further investigation shows two previous seizures were linked to the addresses above. The detail of the seizures include the following information:

- 3/24/2017-Priority Mail Express #EL 612886155 US, addressed to Aisha A, 8714 Hurlbut St., San Diego, CA 92123, from Isaak Mo, 3032 Pillsbury Ave. S. #302, Minneapolis, MN 55408. The package contained 18 bundles of khat.

- 8/1/2017-Priority Mail Express #EL 762725318 US, addressed to komaAd fashion, 8714 HURBUTT sT, SAndiego CA 92123, from Ali 3030 pillsbury, mpls Mn 55408. The package contained 148.4 grams of suspected khat.

13. On August 1, 2017, this Court authorized the search of a parcel that was sent from Minneapolis, MN, to the address from which the **Subject Parcel** was sent (8714 Hurlbut Street, San Diego). As noted in the previous paragraph, the search of that parcel resulted in the seizure of 148.4 grams of suspected khat. Based on my training and experience and the fact that the **Subject Parcel** was sent from

7

the Hurlbut address on August 2, 2017, I believe there is probable cause to conclude that the **Subject Parcel** contains payment for the seized suspected khat or an earlier shipment of khat.

14. I know from my reading articles such as "Khat" published by the U.S. Department of Justice National Drug Intelligence Center in a November 2008 Bulletin (Khat NDIC), discussions with other agents, and my own experience the following:

    a.    Khat (Catha edulis) is a plant native to northeast Africa and the Arabian Peninsula. The leaves of live plants contain cathinone, a Schedule I Controlled Substance. When harvested this substance begins to deteriorate after about 48 hours and the chemical breaks down into cathine, a Schedule IV controlled substance. Natives of the region typically chew the fresh leaves, but may also brew a tea from the leaves or add them to food. After ingestion of khat, users experience an increase in blood pressure and heart rate. "Abusers claim the drug lifts the spirits, sharpens thinking and increases energy – effects similar to but less intense than those caused by abusing cocaine or methamphetamine." (Khat NDIC) Side effects include manic behavior, paranoia, hallucinations, damage to the nervous, respiratory, circulatory and digestive systems. (Khat NDIC)

    b.    NDIC also reports that khat must be transported quickly because of the relatively rapid deterioration of cathinone to cathine. Criminals will often transport khat into the US through the

8

United Kingdom and Canada via package delivery services. The NDIC bulletin sites numerous seizures of khat sent in boxes shipped from the United Kingdom.

15. The **Subject Parcel** was not presented for a canine examination because the available narcotic detecting canines are not trained to alert to khat.

16. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances are being concealed in the Express Mail article as described and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

I declare under penalty and perjury the foregoing is true and correct to the best of my knowledge and belief.

A. Sprague
United States Postal Inspector

Subscribed and sworn to before me on August 3, 2017.

Honorable MITCHELL D. DEMBIN
United States Magistrate Judge

9